1   BENJAMIN B. WAGNER
    United States Attorney
2   KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2700



FILED

MAR 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

5

6   Attorneys for the United States

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEIZURE
    OF:                                    ) 2:12 - SW 00118   ̄ ̄ EFB  ̄ ̄
12                                         )
    50% INTEREST IN THE $250,000.00        )
13  PROMISSORY NOTE SECURED BY             )   ORDER ON UNITED STATES'
    REAL PROPERTY LOCATED AT 2129          )   REQUEST FOR CONDITIONS ON
14  EAST MAIN STREET, VISALIA,             )   ASSET SUBJECT TO SEIZURE
    CALIFORNIA, TULARE COUNTY,             )
15  APN: 098-110-026, INCLUDING ALL        )
    APPURTENANCES AND                      )
16  IMPROVEMENTS THERETO,                  )
                                           )
17            Defendant.                   )   SEALED
                                           )
18  _____)

19

20          A seizure warrant was issued on March 15, 2012 directing the seizure of a 50%

21  ownership interest in a $250,000.00 promissory note secured by real property located at

22  2129 East Main Street, Visalia, California, Tulare County, APN: 098-110-026, including

23  all appurtenances and improvements thereto.   Frederick and Terry Stone, Trustees of

24  the Stone Family Trust, are the makers of the promissory note specified in this seizure

25  order; Darrell Hinz and Gerry Behman each own a 50% interest in the promissory note.

26  Upon application of the United States of America and pursuant to the seizure warrant

27  and the Court's authority under Title 28, United States Code, Section 1355, IT IS

28  HEREBY

                                    1

1    ORDERED, that **Frederick and Terry Stone, Trustees of the Stone Family**

2  **Trust,** shall not transfer, negotiate, convey or dispose of the promissory note specified in

3  this seizure order without further order of this Court, that **Frederick and Terry Stone,**

4  **Trustees of the Stone Family Trust,** shall not grant, convert, or otherwise modify the

5  promissory note specified in this seizure order without further order of this Court, nor

6  shall **Frederick and Terry Stone, Trustees of the Stone Family Trust,** honor any

7  demands by anyone or any entity to leverage or borrow against the equity interest

8  specified in this seizure order without further order of this Court.  It is further

9

10    ORDERED, that **Frederick and Terry Stone, Trustees of the Stone Family**

11  **Trust,** shall remit all disbursement or remuneration including but not limited to,

12  interest or accounting payments, affiliated with the promissory note specified in this

13  seizure order payable to the U.S. Department of Treasury and sent to the Internal

14  Revenue Service – Criminal Investigations, 4330 Watt Avenue, Suite 205, Sacramento,

15  California 95821, Attn: Jason Lamb, AFC.  It is further

16

17    ORDERED, that **Frederick and Terry Stone, Trustees of the Stone Family**

18  **Trust,** shall send copies of all future correspondence pertaining to the promissory note

19  specified in this seizure order including but not limited to, statements and accounting

20  notices, to the Internal Revenue Service – Criminal Investigations, 4330 Watt Avenue,

21  Suite 205, Sacramento, California 95821, Attn: Jason Lamb, AFC.  It is further

22

23    ORDERED, that  **Frederick and Terry Stone, Trustees of the Stone Family**

24  **Trust,** shall comply with each and every term of this Court order, however, subject to the

25  Court modifying its own order for good cause shown.

26

27  Date: 3-15, 2012

28  EDMUND F. BRENNAN
    United States Magistrate Judge

2